# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2656

_____

| | | |
|---|---|---|
| Rahjah Jahhar, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| AT&T Communications, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  December 3, 2003

Filed:  December 9, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Rahjah Jahhar appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his 42 U.S.C. § 1983 action.  After careful review of the record, see Gordon v. Hansen, 168 F.3d 1109, 1113 (8th Cir. 1999) (per curiam) (de novo standard of review), we agree that Jahhar failed to state a claim because he did not allege any state action, see Youngblood v. Hy-Vee Food Stores, Inc., 266 F.3d 851,

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

855 (8th Cir. 2001) ("Only state actors can be held liable under Section 1983."), <u>cert. denied</u>, 535 U.S. 1017 (2002).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____